# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H&T SEAFOOD, INC., a California Corporation, <br><br> *Plaintiff*, <br> vs. <br><br> L.A. LUCKY IMPORT EXPORT, INC., a California Corporation; and DOES 1-10. <br><br> *Defendant*. | Case No: 2:21-cv-09282-FWS-MAR <br><br> **ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS REMAINING CLAIMS AND PARTIAL COUNTERCLAIMS UNDER FRCP 41(a)(1)** <br><br> Pretrial Hearing: November 11, 2022 <br> Trial Date: December 6, 2022 |
| L.A. LUCKY IMPORT EXPORT, INC., a California Corporation, <br><br> Counterclaimant, <br> vs. <br><br> H&T SEAFOOD, INC., a California Corporation <br> Counterdefendant | |

# ORDER

The Court, having reviewed the Parties' Joint Stipulation to voluntarily dismiss Remaining Claims and Partial Counterclaims under FRCP 41(a)(1):

**IT IS HEREBY ORDERED** that the Parties' Parties' Joint Stipulation to voluntarily dismiss Remaining Claims and Partial counterclaims under FRCP 41(a)(1) is GRANTED as follows:

A. The following of Plaintiff's Remaining Claims are hereby dismissed with prejudice:

    (5). Intentional Interference with Prospective Economic Relations; and

    (6). International Interference with Contractual Relation.

B. Defendant's remaining counterclaim for declaratory relief/action claims that it did not interfere with any contractual relations and that it did not interfere with prospective economic relations contained within the second cause of action of its Counterclaim is hereby dismissed with prejudice.

C. All of the Claims and Counterclaims in this matter have now been dismissed with prejudice.

Date: June 6, 2022

By: _____
    Hon. Fred W. Slaughter
    United States District Judge